**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter:     13
Case No:    1711509

In re:        AYANA N DOCKERY


Account Number:  0883


## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 10 filed on or about 08/10/2017 in the amount of $753.54 .

On this 8/15/2017.


By:    /s/ Erik Sweimler
       Erik Sweimler, Bankruptcy Representative
       PRA Receivables Management, LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@portfoliorecovery.com