UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

AYANA N DOCKERY
                                               : Bankruptcy No. 17-11509SR
       Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT

_Stephen Raslavich_    9/28/17

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALFONSO MADRID ESQ
757 S 8TH STREET
PHILADELPHIA PA 19147-

AYANA N DOCKERY
4626 PILLING ST.
PHILADELPHIA,PA.19124