United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ayana N Dockery  
    Debtor

Case No. 17-11509-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Sep 28, 2017  
    Form ID: pdf900      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db             +Ayana N Dockery,    4626 Pilling St.,    Philadelphia, PA 19124-3202
13880913       +Aargon Agency As Agent For Six Flags Membership,    Six Flags Membership,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13877270       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13877271       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13960061        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13877273        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13877274       +MDS/Medical Data Systems,    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
13877277       +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13877278       +Philadelphia Water Revenue Dept.,    1401 JFK Blvd,    Philadelphia, PA 19102-1617
13930449        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13877281       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 29 2017 01:28:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2017 01:28:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2017 01:28:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:31:00
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13877269       +E-mail/Text: bankruptcy@rentacenter.com Sep 29 2017 01:28:51     Acceptance Now,
                 Attn: Bankruptcy,    5501 Headquarters Dr,    Plano, TX 75024-5837
13884132        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 01:30:59
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13929957       +E-mail/Text: bnc@atlasacq.com Sep 29 2017 01:28:22     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13974095        E-mail/Text: bankruptcy@phila.gov Sep 29 2017 01:28:47     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13877272       +E-mail/Text: bknotice@erccollections.com Sep 29 2017 01:28:36     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13877276       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 29 2017 01:28:24     PECO Energy,
                 2301 Market St., N3-1,    Philadelphia, PA 19103-1380
13877279        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:31:00
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13966105        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:31:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13877275       +E-mail/Text: blegal@phfa.org Sep 29 2017 01:28:35     Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13940276       +E-mail/Text: blegal@phfa.org Sep 29 2017 01:28:35     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13877280       +E-mail/Text: bankruptcy@sw-credit.com Sep 29 2017 01:28:35     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13932779       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 01:30:50     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13950142*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Sep 28, 2017
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Ayana N Dockery alfonsomadridlawECF@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                     :

AYANA N DOCKERY
                                                           : Bankruptcy No. 17-11509SR
         Debtor(s)                                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____   9/28/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ALFONSO MADRID ESQ
757 S 8TH STREET
PHILADELPHIA PA 19147-

AYANA N DOCKERY
4626 PILLING ST.
PHILADELPHIA,PA.19124