Hello, I am pulling my credit report and I am seeing this on my report

Dismsd/CLSD CH 13 1711509 Bankruptcy. Do you provide this information to the Credit Bureau Equifax, Experian and Transunion? Thank You for any information you are able to provide.

---

Thank You,

Ayana N. Dockery

2960 Mckinley Street

Philadelphia, PA 19149

FILED
JUN -9 2023
TIMOTHY McGRATH, CLERK