United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11509-jkf |
| Ayana N Dockery | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2023 | Form ID: 235 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayana N Dockery, 4626 Pilling St., Philadelphia, PA 19124-3202 |
| | + | Ayana N. Dockery, 2960 McKinley Street, Philadelphia, PA 19149-3007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Ayana N Dockery alfonsomadridlawECF@gmail.com |
| FREDERICK L. REIGLE | ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jun 09, 2023     Form ID: 235     Total Noticed: 2
TOTAL: 5

*Form 235* (3/23)–doc 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Ayana N Dockery )<br>)<br>)<br>   Debtor(s). )<br>)<br>) | Case No. 17–11509–jkf<br><br><br>Chapter: 13 |

### Notice to debtor(s) in re: credit reporting

    In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

    The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

    For more information, please visit the following webpage:
    (https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: June 9, 2023

For The Court

Timothy B. McGrath
Clerk of Court