# Dispute resolution notification

**experian**

As required by the FCRA, we are notifying you that we modified or deleted your data in response to a consumer dispute. The reason for the modification or deletion and the details appear below. No response is required; however, you may want to use this information to check your records.

## Notification information

| Notification action | Notification type |
|---|---|
| Delete | Identification |
| Notification reason | Data furnisher |
| Internal Processing | |
| Notification date | Data furnisher code |
| 06/05/2023 | 6004000 |
| Control number | For public records only: |
| 2162837103001 | Reference number |
| | Book page seq. number |

## Consumer identification

| Name | Social Security number |
|---|---|
| AYANA NEGESTI DOCKERY | XXX-XX-9975 |
| Address | Date of birth |
| 2960 MCKINLEY STREET | 09/03/1978 |
| PHILADELPHIA PA 19149 | |
| Previous address | |



FILED
JUN 21 2023
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

## Dispute information

**Dispute reason**
Consumer claims they never lived or received mail at this address.

## Identification information

The shaded areas contain the information as it appeared when it was disputed, the non-shaded areas contain the modified data. If all of the non-shaded areas are blank, the data was deleted.

| Name | Social Security number | Telephone number | Driver's license number |
|---|---|---|---|
| - | - | - | - |
| | | | |

| Address | Employer | Employer address |
|---|---|---|
| | - | - |

| 4626 PILLING ST | | |
| PHILADELPHIA PA 19124-3202 | - | - |

PO Box 2103
Allen, TX 75013

US BKPT CT PA PHILADELPH
900 MARKET ST RM 400
PHILADELPHIA PA 19107-4233

000039 01 SP 0.600 *SNGLP H2 0 7522 19107-423300  -C01-P00039-1

